UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,

                          Petitioner,

          -v-

ST. GILES HOTEL LLC,

                        Respondent.

26 Civ. 4886 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On June 9, 2026, petitioner moved to confirm an arbitral award. Dkt. 1. Proceedings to confirm an arbitral award are "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- Respondent's opposition is due July 6, 2026.

- Petitioner's reply, if any, is due July 13, 2026.

Petitioner shall serve this Order, as well as its petition and supporting papers, on respondent forthwith, and file proof of such service on the docket of this case by June 22, 2026.

    SO ORDERED.

                               *Paul A. Engelmayer*

                               PAUL A. ENGELMAYER
                               United States District Judge

Dated: June 15, 2026
       New York, New York