UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,

Petitioner,

-v-

ST. GILES HOTEL LLC,

Respondent.

26 Civ. 4886 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 9, 2026, petitioner moved to confirm an arbitral award. Dkt. 1. On June 15, 2026, the Court set a schedule for briefing in connection with that motion. Dkt. 15. Respondent, however, was not served until July 15, 2026. Dkt. 7.

Accordingly, the Court sets the following revised briefing schedule:

- Respondent's opposition is due August 20, 2026.
- Petitioner's reply, if any, is due August 27, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2026
New York, New York